FILED

11/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0512

_____

WILLIAM W. MERCER,

       Petitioner and Appellee,

  v.

MONTANA DEPARTMENT OF PUBLIC
HEALTH & HUMAN SERVICES, CHARLES
BRERETON, in his official capacity as Director of
the Montana Department of Public Health &
Human Services, NICOLE GROSSBERG, in her
official capacity as Administrator of the Child &
Family Services Division of the Montana
Department of Public Health & Human Services,

       Defendants and Appellants.

                    O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to William W. Mercer, to all counsel of record, and to the Honorable Michael F. McMahon, District Judge.

                For the Court,

                                 Electronically signed by:
                                 Mike McGrath
                 Chief Justice, Montana Supreme Court
                               November 20 2024